217 S.E.2d 666 (1975)
288 N.C. 242
Thomas L. NORRIS, Jr., Administrator of the Estate of Marshall Parker, et al.
v.
INSURANCE COMPANY OF NORTH AMERICA.
Supreme Court of North Carolina.
August 25, 1975.
Poyner, Geraghty, Hartsfield & Townsend, W. Pinkney Herbert, Jr., for plaintiffs.
Hudson, Petree, Stockton, Stockton & Robinson, for defendant.
Petition by defendant for writ of certiorari to review the decision of the Court of Appeals, 26 N.C.App. 91, 215 S.E.2d 379. Denied.